```
1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTI C. KAPETAN
   Assistant United States Attorney
3  United States Attorney's Office
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559)497-4000
5  Facsimile: (559)497-4099

6  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CINDY S. JOHNSON, | ) | 1:05-CV-01596-OWW-DLB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE |
| v. | ) | SCHEDULING CONFERENCE |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

The parties hereby stipulate to continue the scheduling conference in this matter due to unavailability of both counsel on the date scheduled. The parties propose the following:

Scheduling conference currently set        April 13, 2006 at 8:30am

Proposed date                              April 27, 2006 at **8:45**am

Respectfully submitted,

Dated: April 5, 2006        McGREGOR W. SCOTT
                            United States Attorney

                            By: /s/ Kristi C. Kapetan
                                KRISTI C. KAPETAN
                                Assistant United States Attorney

Dated: March 28, 2006
                            By: /s/ Ralph C. Smith
                                RALPH C. SMITH
                                Attorney for Plaintiff
                                Cindy S. Johnson

1
2
3  IT IS SO ORDERED.
4  **Dated:   April 6, 2006**                              **/s/ Oliver W. Wanger**
   emm0d6                                           UNITED STATES DISTRICT JUDGE
5