1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT FOR THE

9                         EASTERN DISTRICT OF CALIFORNIA

10

CINDY S. JOHNSON,                    )     **Old Case No. 1:05cv1596 OWW DLB**
11                                    )     **New Case No. 1:05cv1596 OWW LJO**
                                      )
12                                    )     ORDER DISQUALIFYING
                                      )     MAGISTRATE JUDGE
13              Plaintiff,            )
                                      )
14        vs.                         )
                                      )
15   UNITED STATES OF AMERICA,        )
                                      )
16                                    )
             Defendant.               )
17   _____)

18        Good cause appearing, the undersigned disqualifies himself from all proceedings of

19   the present action.  The Clerk of the Court has reassigned this action to the docket of a

20   different Magistrate Judge.  The new case number shall be **1:05cv1596 OWW LJO**.  All

21   future pleadings shall be so numbered.  Failure to use the correct case number may result in

22   delay in your documents being received by the correct judicial officer.

23

24        IT IS SO ORDERED.

25        **Dated:    April 11, 2006**              _____**/s/ Dennis L. Beck**_____
     9b0hie                                       UNITED STATES MAGISTRATE JUDGE
26

27

28
                                         1