IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY S. JOHNSON, | CASE NO. CV F 05-1596 LJO |
| Plaintiff, | **SUPPLEMENTAL SUMMARY JUDGMENT ORDER** |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

On December 6, 2006, this Court entered summary judgment in favor of defendant United States of America ("Government") on grounds that plaintiff Cindy S. Johnson ("Ms. Johnson") failed timely to file this action within six months of denial of her administrative claim. On December 11, 2006, this Court received Ms. Johnson's untimely papers which appear to oppose the Government's summary judgment papers.[1] There is no evidence that Ms. Johnson filed the papers with this Court's clerk or served them on the Government. Putting aside the papers' procedural flaws, Ms. Johnson's papers raise no issue to disturb summary judgment in the Government's favor.

IT IS SO ORDERED.

**Dated:   December 11, 2006**            /s/ Lawrence J. O'Neill
66h44d                                         UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to this Court's Local Rule 78-230(c), opposition papers were required to be filed and served no later than December 1, 2006.

1